UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-24226-MARTINEZ-BECERRA

ELENA DVOINIK & BORIS ZAVADOVSKY,

    Plaintiffs,

v.

MARIO RABL & SUSANNE HOEFLINGER,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Plaintiffs' Motion for Leave to Proceed *In Forma Pauperis*, (ECF No. 3). The Court has reviewed the entire file and record, and notes that no objections have been filed. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that Judge Becerra's Report and Recommendation, (ECF No. 8), is **AFFIRMED and ADOPTED**. Accordingly, it is **ADJUDGED** that:

    1.    Plaintiffs' Motion for Leave to Proceed *In Forma Pauperis*, (ECF No. 3), is **DENIED WITHOUT PREJUDICE**.

DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of January, 2024.

                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record
Elena Dvoinik and Boris Zavadovsky, *pro se*